UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RANDY RAMOTAR,                                                     :
:
                              Plaintiff,                                :          21-CV-8790 (JMF)
:
          -v-                                                     :              ORDER
:
LONG ISLAND RAILROAD COMPANY,                                      :
:
                              Defendant,                              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are reminded that, per the Case Management Plan and Scheduling Order ("CMP"), counsel should submit their joint status letter on ECF no later than the Thursday prior to the upcoming pretrial conference. The letter should address the issues set forth in the CMP, including whether the parties can do without a conference altogether. Unless and until the Court orders otherwise, all existing dates and deadlines — including, as appropriate, the deadlines for summary judgment motions and/or a proposed joint pretrial order, as set forth in the CMP — remain in effect.

       After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be held on **August 17, 2022**, at **10 a.m.** (which is a new date and time). If counsel believe that a conference would be appropriate, and they are not available at that time, they should indicate in their joint status letter what times on August 16 and/or August 17 they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: August 9, 2022
       New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge