UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RANDY RAMOTAR,                                                    :
:
                        Plaintiff,                                :
:                     21-CV-8790 (JMF)
           -v-                                                    :
:                         ORDER
LONG ISLAND RAILROAD COMPANY,                                     :
:
                        Defendant.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The conference scheduled for **January 26, 2023,** at **3:30 p.m.** will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The parties should be prepared to discuss Plaintiff's outstanding discovery requests, *see* ECF No. 26, particularly in light of the parties' submission on September 29, 2022, that all discovery was complete, *see* ECF No. 18.  The deadline for the joint pre-trial submission is extended *sine die*; the Court will set a new deadline at the conference.

      SO ORDERED.

Dated: January 20, 2023
      New York, New York                                 _____
                                                              JESSE M. FURMAN
                                                       United States District Judge