UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RANDY RAMOTAR, :
:
Plaintiff, :
: 21-CV-8790 (JMF)
-v- :
: ORDER
LONG ISLAND RAILROAD, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held earlier today, the parties' joint pretrial order and related submissions are due **February 9, 2023**. No further extensions will be granted.

    SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                      JESSE M. FURMAN
                              United States District Judge