UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RANDY RAMOTAR, :
:
:
Plaintiff, :
: 21-CV-8790 (JMF)
-v- :
: ORDER
:
LONG ISLAND RAILROAD, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held earlier today:

- The final pretrial conference is ADJOURNED to **June 23, 2023, at 9:30 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

- The trial is ADJOURNED to **June 26, 2023, at 9:30 a.m.** Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

- Defendant shall file its motion in limine as a letter-brief not to exceed five, single-spaced pages within **two weeks of the date of this Order**. Plaintiff shall file any opposition as a letter-brief not to exceed five, single-spaced pages, **two weeks thereafter**.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

                                                                   JESSE M. FURMAN
                                                      United States District Judge